UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**FILED**

MAY 15 2025

U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

Dr. Malcolm Tanner,

    Plaintiff,

v.

City of Muncie, Indiana; John Does 1–10,

    Defendants.

Case No. 1:25-cv-00904-JRS-MKK

FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF
(42 U.S.C. § 1983 and Related Claims)

Plaintiff Dr. Malcolm Tanner, by and for his First Amended Complaint against the above-named Defendants, alleges as follows:

JURISDICTION AND VENUE

1. This Court has jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1343 as this case involves federal constitutional questions and civil rights violations under 42 U.S.C. § 1983.

2. Venue is proper in this District under 28 U.S.C. § 1391(b), as the events occurred in Delaware County, Indiana.

PARTIES

3. Plaintiff Dr. Malcolm Tanner is a resident of Indiana and owner of the properties located at 1224 South Elm Street and 408 E. 6th Street, Muncie, Indiana.

4. Defendant City of Muncie is a municipal corporation in Indiana responsible for the acts of its agents.

5. Defendants John Does 1–10 are unknown individuals employed by or acting on behalf of the City under color of state law.

FACTUAL ALLEGATIONS

6. On May 28, 2024, and again on January 14, 2025, agents of the City of Muncie unlawfully entered Plaintiff's properties without a warrant, consent, or legal justification.

7. Plaintiff sent a formal cease-and-desist letter to the City of Muncie after the incidents, which was ignored.

8. Plaintiff filed this federal civil rights lawsuit on or about May 6, 2025, seeking protection and redress.

9. On May 8, 2025, Plaintiff was compelled to attend a municipal 'unsafe building' hearing regarding the same properties.

10. At the hearing, Plaintiff was met with an intimidating presence of two uniformed Muncie police officers brought in specifically during his appearance.

11. Plaintiff informed the panel of the federal lawsuit and requested acknowledgment of the summons. The City Attorney denied knowledge.

12. Plaintiff was shouted over by the City Attorney when attempting to speak and present his presidential federal ID number.

13. The City Attorney then directed the officers to stand at the front of the room, directly in front of Plaintiff, as a clear act of intimidation.

14. Plaintiff repeatedly asked if the presence of police was a threat or an attempt to intimidate him and received no answer.

15. The hearing was postponed, but the presence and use of police as a tool of intimidation caused Plaintiff fear, stress, and emotional harm.

CLAIMS FOR RELIEF

Count I – Unlawful Search and Seizure (Fourth Amendment, 42 U.S.C. § 1983)

16. Plaintiff incorporates all previous paragraphs.

17. Defendants violated Plaintiff's right to be free from unreasonable searches and seizures by entering his property without legal authority.

Count II – Retaliation for Exercise of Protected Speech (First Amendment, 42 U.S.C. § 1983)

18. Plaintiff engaged in protected activity by filing a lawsuit and speaking about it during the public hearing.

19. Defendants retaliated against him by attempting to intimidate him with police presence and public confrontation.

Count III – Violation of Substantive and Procedural Due Process (Fourteenth Amendment)

20. Defendants denied Plaintiff fair treatment by ignoring his cease and desist notice, refusing to acknowledge his legal rights, and using government power coercively.

PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests the following relief:

a. Compensatory damages in the amount of $50,000,000;

b. Punitive damages against individual defendants;

c. A temporary restraining order and permanent injunction prohibiting further violations;

d. Reasonable attorney's fees and costs under 42 U.S.C. § 1988;

e. Any other relief deemed just and proper by the Court.

JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,

*[signature]*

Dr. Malcolm Tanner

1304 S. Grant Ave
Crawfordsville, IN 47933

Tysonemmate@icloud.com

(727) 831-1421

Date: May 15, 2025